IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RIMOWA GMBH,<br><br>        Plaintiff,<br><br>v.<br><br>JIAXING TIANHAO INDUSTRY CO., LTD., et al.,<br><br>        Defendants. | Case No. 22-cv-05523<br><br>**Judge Thomas M. Durkin**<br><br>**Magistrate Judge Heather K. McShain** |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on January 3, 2023 [49], in favor of Plaintiff Rimowa GmbH ("Rimowa" or "Plaintiff") and against the Defendants Identified in Schedule A in the amount of two hundred thousand dollars ($200,000) per Defaulting Defendant, and Rimowa acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant:

| Defendant Name | Line No. |
|---|---|
| Shop121917 Store | 123 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendants are hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

1

Dated this 7th day of December 2023.      Respectfully submitted,

/s/ Allyson M. Martin
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law

*Counsel for Plaintiff Rimowa GmbH*